**FIRST DIVISION**
**DOYLE, C. J.,**
**REESE and SELF, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.** **http://www.gaappeals.us/rules**

**June 22, 2017**

# In the Court of Appeals of Georgia

A15A1272. THE STATE v. BAXTER.                                        DO-047 C

DOYLE, Chief Judge.

In *State v. Baxter*,[1] the Supreme Court of Georgia reversed this Court's judgment affirming the trial court's decision to transfer the case to juvenile court. Consequently, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and reverse the judgment of the trial court.

*Judgment reversed. Reese and Self, JJ., concur.*

---

[1] 300 Ga. 268 (794 SE2d 49) (2016).